IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX
APPELLATE DIVISION

EDMUND FRANCIS & PATRICIA FRANCIS, )
)
) D.C. CIV. APP. NO. 2005/0144
Appellants, )
v. )
)
GOVERNMENT OF THE VIRGIN ISLANDS, )
)
Appellee. )
)

## ORDER

On March 19, 2009, this court issued a mediation referral order requiring the parties to mediate their dispute. On May 11, 2009, the mediator filed a mediation report notifying this Court that the conflict had been resolved and the parties were submitting a stipulation agreement and/or notice of dismissal. To date, neither a stipulation agreement nor notice of dismissal has been filed.

Accordingly, the premises duly considered, it is hereby

**ORDERED** that within thirty (30) days of this order, the parties shall file either a status report, notice of dismissal, or stipulation agreement dismissing this matter. It is further

**ORDERED** that the parties failure to comply may result in dismissal for failure to prosecute pursuant to V.I.R.A.P. 35(e).

**SO ORDERED** this ___2___ day of July 2009.

*Edmund Francis et al. V. Gov't of the Virgin Islands*
D.C.Civ. App. No. 2005/0144
Order
Page 2

FOR THE COURT:

_____
Raymond L. Finch
Senior District Court Judge

A T T E S T:

**WILFREDO F. MORALES**
Clerk of the Court

By:_____
       Deputy Clerk

Copies to:

Lee J. Rohn, Esq.
Wilfredo A. Geigel, Esq.